IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J ASTRUE,<br><br>  Defendant.   / | No. C 10-1155 CRB<br><br>**ORDER GRANTING EXTENSION TO FILE** |

Now pending before this Court is Plaintiff's request for an extension to file his motion for summary judgment. That motion is currently due on August 26, 2010. Plaintiff requests that this deadline be extended to September 10, 2010. This request is hereby GRANTED.

Plaintiff is further advised that a motion to dismiss filed by Defendant is currently pending. If Plaintiff fails to oppose that motion, his case could be dismissed. If Plaintiff does wish to respond, his deadline to do so is hereby similarly extended to September 10, 2010.

**IT IS SO ORDERED.**

Dated: August 25, 2010

  CHARLES R. BREYER
  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1155\Order extending time.wpd