IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MOORE,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>      Defendant.<br>_____/ | No. C 10-01155 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE LATE** |

Plaintiff Ernest Moore's Motion for Leave to File Late his Response to Defendant's Motion to Dismiss is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: September 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1155\Order granting motion for leave to file late.wpd