**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J ASTRUE,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 10-1155 CRB<br><br>**ORDER VACATING HEARING AND SETTING CASE MANAGEMENT CONFERENCE** |

　　　The Court has received a Notice of Commissioner's Final Decision, Motion to Dismiss Based on Mootness and Motion to Vacate Hearing Scheduled For March 4, 2011. See dckt no. 24. That Notice reports that the Social Security Commissioner has issued a favorable decision on Plaintiff Ernest Moore's pending challenge to the suspension of his Supplemental Security Income payments. Id. Accordingly, the Court VACATES the hearing now scheduled on Defendant's Motion to Dismiss on March 4, 2011, and SETS a case management conference for 8:30 a.m. on March 18, 2011 in courtroom 8.

　　　**IT IS SO ORDERED.**

Dated: March 3, 2011

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1155\Order setting cmc.wpd