IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J ASTRUE,<br><br>        Defendant.                              / | No. C 10-01155 CRB<br><br>**ORDER DENYING MOTION TO VACATE** |

   Plaintiff Ernest Moore moves the Court to vacate the case management conference on calendar for Friday, March 18, 2011.  The Court DENIES that motion.

   **IT IS SO ORDERED.**

Dated: March 17, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1155\order re cmc.wpd