IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J ASTRUE,<br><br>    Defendant.                              / | No. C 10-1155 CRB<br><br>**JUDGMENT** |

Having granted Plaintiff's Motion for Summary Judgment, the Court hereby enters judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

Dated: April 7, 2011

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1155\judgment.wpd